# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

**JUDGMENT IN A CRIMINAL CASE**

CASE NUMBER: 8:10-cr-76-T-30TGW

vs.

KINDER MORGAN PORT MANATEE TERMINAL, LLC

Defendant Organization's Attorney: David B. Weinstein, ret.

THE DEFENDANT ORGANIZATION:

_X_ pleaded guilty to count(s) ONE, TWO, THREE and FOUR of the Information.

| TITLE & SECTION | NATURE OF OFFENSE | OFFENSE ENDED | COUNT |
|---|---|---|---|
| 42 U.S.C. §7413(c)(2)(A) | False Statement in an Application for Non-Title V Air Permit Renewal | August 28, 2006 | One |
| 42 U.S.C. §7413(c)(2)(B) | Failure to Notify or Report to the Florida Department of Environmental Protection | March 2008 | Two |
| 42 U.S.C. §7413(c)(2)(A) | False Statement in an Application for Non-Title V Air Permit Renewal | August 17, 2007 | Three |
| 42 U.S.C. §7413(c)(2)(B) | Failure to Notify or Report to the Florida Department of Environmental Protection | March 2008 | Four |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__ The defendant has been found not guilty on count(s)
__ Count(s) (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant organization must notify the United States Attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States Attorney of any material change in economic circumstances.

Defendant Organization's Principal Business and Mailing Address:
500 National Street
Palmetto, FL 34221-6644

Date of Imposition of Sentence: June 22, 2010

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

DATE: June _22_, 2010

# PROBATION

The defendant organization is hereby sentenced to probation for a term of: **TWO (2) YEARS as to Counts One, Two, Three and Four of the Information, all such terms to run concurrently.**

The defendant organization shall not commit another federal, state, or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organization's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instruction of the probation officer;

3) the defendant organization shall notify the probation officer at least ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the number under which it does business unless this judgment and all criminal penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

## SPECIAL CONDITIONS OF SUPERVISION

The defendant organization shall also comply with the following additional conditions of probation:

Defendant shall pay a $250,000 community service payment to the National Fish and Wildlife Foundation, which shall be paid in full immediately.

AO 245E (Rev 12/03) Judgment in a Criminal Case for Organizational Defendants

| | | |
|---|---|---|
| Defendant: | KINDER MORGAN PORT MANATEE TERMINAL, LLC | Judgment - Page 4 of 5 |
| Case No.: | 8:10-cr-76-T-30TGW | |

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments.6.

| | Assessment | Fine | Community Service Payment |
|---|---|---|---|
| Totals: | $1,600.00 ($400 per count) | $750,000.00 | $250,000.00 |

\_ The defendant organization must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States.

| Name of Payee | Community Service Payment |
|---|---|
| National Fish and Wildlife Foundation | $250,000.00 |
| Totals: | $250,000.00 |

\_ Restitution amount ordered pursuant to plea agreement   $_____.

\_ The defendant organization must pay interest on a fine or restitution of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

\_ The court determined that the defendant organization does not have the ability to pay interest and it is ordered that:

    \_ the interest requirement is waived for the \_\_\_ fine  \_\_\_ restitution.

    \_ the interest requirement for the  \_\_\_ fine  \_\_\_ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for the offenses committed on or after September 13, 1994, but before April 23, 1996.

## SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

    **X**    Lump sum payment of $ 1,001,600.00 due immediately.

All criminal monetary penalties are made to the clerk of the court unless specified by the plea agreement.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.